**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MIRA SAFETY LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Civil Action No. 1:24-cv-01363 |
| | § | |
| BTG INTERNATIONAL, INC., | § | |
| | § | |
| *Defendant*. | § | |

**DEFENDANT BTG INTERNATIONAL, INC.'S ORIGINAL ANSWER TO MIRA SAFETY LLC'S FIRST AMENDED COMPLAINT**

Defendant BTG International, Inc. ("BTG") files its Answer to Plaintiff MIRA Safety LLC's ("MIRA") First Amended Complaint (the "Amended Complaint"). Except as otherwise expressly admitted, BTG denies each and every allegation contained in MIRA's Amended Complaint.

**SUMMARY OF DISPUTE**

To the extent any response is required, BTG denies the allegations in MIRA's Summary of Dispute.

**PARTIES**

1. BTG admits the allegations in Paragraph 1.

2. BTG admits only that it is a Delaware corporation and that its principal place of business is in Pennsylvania. The last sentence of Paragraph 2 does not contain any factual allegations and therefore does not require a response. To the extent a response is required and with respect to the remaining allegations in Paragraph 2, BTG denies them.

## JURISDICTION AND VENUE

3. Paragraph 3 does not contain any factual allegations and therefore does not require a response. To the extent a response is required and upon information and belief, BTG admits this Court has subject matter jurisdiction over this case.

4. Paragraph 4 does not contain any factual allegations and therefore does not require a response. To the extent a response is required and upon information and belief, BTG admits this venue is proper.

5. The first sentence in Paragraph 5 does not contain any factual allegations and therefore does not require a response. To the extent a response is required and upon information and belief, BTG admits that this Court has personal jurisdiction over BTG. BTG denies the remaining allegations in the first sentence in Paragraph 5. BTG admits the allegations in the last sentence of Paragraph 5.

## FACTUAL ALLEGATIONS

6. Upon information and belief, BTG admits the allegations in Paragraph 6.

7. BTG admits the allegations in Paragraph 7.

8. BTG lacks sufficient information to admit or deny the allegations in Paragraph 8 and therefore denies them.

9. BTG denies the allegations in Paragraph 9.

10. BTG admits only that MIRA purchased Thyrosafe® from BTG in 2022. BTG lacks sufficient information to admit or deny the remaining allegations in Paragraph 10 and therefore denies them.

11. BTG admits only that MIRA purchased Thyrosafe® from BTG in 2022. BTG denies the remaining allegations in Paragraph 11.

12. BTG denies the allegations in Paragraph 12.

13. BTG admits only that MIRA purchased Thyrosafe® from BTG in 2022. BTG denies the remaining allegations in Paragraph 13.

14. BTG denies the allegations in Paragraph 14.

15. BTG lacks sufficient information to admit or deny the allegations in Paragraph 15 and therefore denies them.

16. BTG denies the allegations in Paragraph 16.

17. BTG lacks sufficient information to admit or deny the allegations in Paragraph 17 and therefore denies them.

18. BTG denied the allegations in Paragraph 18.

19. BTG lacks sufficient information to admit or deny the allegations in Paragraph 19 and therefore denies them.

20. BTG denies the allegations in Paragraph 20.

21. BTG lacks sufficient information to admit or deny the allegations in Paragraph 21 and therefore denies them.

22. BTG lacks sufficient information to admit or deny the allegations contained in Paragraph 22 regarding how much Thyrosafe® MIRA has in its possession or the associated valuation of that quantity and therefore denies them. BTG denies the remaining allegations in Paragraph 22.

## CAUSES OF ACTION

### Claim 1: Breach of Contract

23. Paragraph 23 does not contain any factual allegations and therefore does not require a response. To the extent a response is required, BTG denies the allegations in Paragraph 23.

24. BTG denies the allegations in Paragraph 24.

25. BTG denies the allegations in Paragraph 25.

26. BTG denies the allegations in Paragraph 26.

27. BTG denies the allegations in Paragraph 27.

28. BTG denies the allegations in Paragraph 28.

29. BTG denies the allegations in Paragraph 29.

30. Paragraph 30 does not contain any factual allegations and therefore does not require a response. To the extent a response is required, BTG denies the allegations in Paragraph 30.

31. BTG denies the allegations in Paragraph 31.

32. BTG denies the allegations in Paragraph 32.

33. Paragraph 33 does not contain any factual allegations and therefore does not require a response. To the extent a response is required, BTG denies the allegations in Paragraph 33.

**Claim 2: Breach of Express Warranty**
**(in the alternative)**

34. Paragraph 34 does not contain any factual allegations and therefore does not require a response. To the extent a response is required, BTG denies the allegations in Paragraph 34.

35. BTG admits the allegations in Paragraph 35.

36. BTG denies the allegations in Paragraph 36.

37. BTG denies the allegations in Paragraph 37.

38. BTG denies the allegations in Paragraph 38.

39. BTG denies the allegations in Paragraph 39.

40. BTG lacks sufficient information to admit or deny the allegations in Paragraph 40 and therefore denies them.

41. BTG denies the allegations in Paragraph 41.

42. BTG denies the allegations in Paragraph 42.

43. BTG denies the allegations in Paragraph 43.

44. BTG denies the allegations in Paragraph 44.

45. Paragraph 45 does not contain any factual allegations and therefore does not require a response. To the extent a response is required, BTG denies the allegations in Paragraph 45.

**Claim 3: Breach of Implied Warranty of Merchantability (in the alternative)**

46. Paragraph 46 does not contain any factual allegations and therefore does not require a response. To the extent a response is required, BTG denies the allegations in Paragraph 46.

47. BTG admits the allegations in Paragraph 47.

48. BTG denies the allegations in Paragraph 48.

49. BTG denies the allegations in Paragraph 49.

50. BTG denies the allegations in Paragraph 50.

51. Paragraph 51 does not contain any factual allegations and therefore does not require a response. To the extent a response is required, BTG denies the allegations in Paragraph 51.

**Claim 4: Breach of Implied Warranty for Particular Purpose**
**(in the alternative)**

52. Paragraph 52 does not contain any factual allegations and therefore does not require a response. To the extent a response is required, BTG denies the allegations in Paragraph 52.

53. BTG admits the allegations in Paragraph 53.

54. BTG denies the allegations in Paragraph 54.

55. BTG denies the allegations in Paragraph 55.

56. BTG denies the allegations in Paragraph 56.

57. BTG denies the allegations in Paragraph 57.

58. Paragraph 58 does not contain any factual allegations and therefore does not require a response. To the extent a response is required, BTG denies the allegations in Paragraph 58.

**Claim 5: Tortious Interference with Prospective Business Relations**

59. Paragraph 59 does not contain any factual allegations and therefore does not require a response. To the extent a response is required, BTG denies the allegations in Paragraph 59.

60. BTG denies the allegations in Paragraph 60.

61. BTG denies the allegations in Paragraph 61.

62. BTG denies the allegations in Paragraph 62.

63. BTG denies the allegations in Paragraph 63.

64. BTG denies the allegations in Paragraph 64.

65. BTG denies the allegations in Paragraph 65.

**Claim 6: Fraud**

66. Paragraph 66 does not contain any factual allegations and therefore does not require a response. To the extent a response is required, BTG denies the allegations in Paragraph 66.

67. BTG denies the allegations in Paragraph 67.

68. BTG denies the allegations in Paragraph 68.

69. BTG denies the allegations in Paragraph 69.

70. BTG denies the allegations in Paragraph 70.

71. BTG denies the allegations in Paragraph 71.

72. BTG denies the allegations in Paragraph 72.

73. BTG denies the allegations in Paragraph 73.

74. BTG denies the allegations in Paragraph 74.

75. BTG denies the allegations in Paragraph 75.

76. BTG denies the allegations in Paragraph 76.

77. BTG denies the allegations in Paragraph 77.

78. Paragraph 78 does not contain any factual allegations and therefore does not require a response. To the extent a response is required, BTG denies the allegations in Paragraph 78.

79. BTG denies the allegations in Paragraph 79.

80. Paragraph 80 does not contain any factual allegations and therefore does not require a response. To the extent a response is required, BTG denies the allegations in Paragraph 80.

## CONDITIONS PRECEDENT

81. Paragraph 81 does not contain any factual allegations and therefore does not require a response. To the extent a response is required, BTG denies the allegations in Paragraph 81.

## JURY TRIAL

82. Paragraph 82 does not contain any factual allegations and therefore does not require a response. To the extent a response is required, BTG denies the allegations in Paragraph 82.

## BTG'S AFFIRMATIVE AND OTHER DEFENSES

1. MIRA's claims are barred, in whole or in part, because MIRA failed to state a claim upon which relief can be granted.

2. MIRA's claims are barred, in whole or in part, by the Statute of Frauds.

3. MIRA's claims are barred, in whole or in part, by the doctrine of waiver.

4. MIRA's claims are barred, in whole or in part, because MIRA failed to mitigate its damages.

5. MIRA's claims are barred, in whole or in part, because MIRA failed to provide notice.

6. MIRA's claims are barred, in whole or in part, by MIRA's acceptance of the goods.

7. MIRA's claims are barred, in whole or in part, because MIRA's own acts or omissions caused or contributed to MIRA's alleged injuries.

8. MIRA's claims are barred, in whole or in part, by the doctrine of legal justification.

9. MIRA's claims are barred, in whole or in part, by the doctrine of laches.

10. MIRA's claims are barred, in whole or in part, by the doctrine of equitable estoppel.

11. MIRA's claims are barred, in whole or in part, by MIRA's assumption of risk.

12. BTG reserves the right to plead additional defenses as may be appropriate depending upon facts later revealed during discovery.

**PRAYER FOR RELIEF**

For the foregoing reasons, BTG prays that MIRA's claims be dismissed, that this Court award BTG its costs and reasonable attorneys' fees in defending against MIRA's claims and any other relief which BTG may be justly entitled to.

Respectfully submitted,

JORDAN, LYNCH & CANCIENNE PLLC

*/s/ Joseph ("Jeb") W. Golinkin II*
Joseph ("Jeb") W. Golinkin II
Texas Bar No. 24087596
Michael Cancienne
Texas Bar No. 24055256
Shahnoor Khuwaja
State Bar No. 24132302
1980 Post Oak Blvd., Suite 2300
Houston, Texas 77056
Telephone: 713.955.4025
Facsimile: 713.955.9644
jgolinkin@jlcfirm.com
mcancienne@jlcfirm.com
skhuwaja@jlcfirm.com

COUNSEL FOR DEFEND8ANT BTG INTERNATIONAL, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of April, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tim Cleveland
Austin H. Krist
Lulu Ortiz
Cleveland | Krist PLLC
303 Camp Craft Rd., Suite 325
West Lake Hills, Texas 78746

*/s/ Joseph ("Jeb") W. Golinkin II*
Joseph ("Jeb") W. Golinkin II