**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MIRA SAFETY LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CASE NO. 1:24-CV-01363-DII |
| | § | |
| BTG INTERNATIONAL, INC., | § | |
| | § | |
| *Defendant*. | § | |

**AMENDED SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16, the Court **ORDERS** that the following schedule will govern the remaining deadlines in the above-captioned case.

| Item | Previous Deadline | New Deadline |
|---|---|---|
| Fact Discovery Deadline. Fact discovery must be completed by this date. Any fact discovery requests must be propounded so that the responses are due by this date. | 12/09/2025 | 03/09/2026 |
| Parties with burden of proof to designate Expert Witnesses and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). | 01/13/2026 | 04/13/2026 |
| Parties shall designate Rebuttal Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). | 02/13/2026 | 05/14/2026 |

| Item | Previous Deadline | New Deadline |
|---|---|---|
| Expert Discovery Deadline. Expert discovery must be completed by this date. | 03/10/2026 | 06/08/2026 |
| All dispositive motions shall be filed and served on all other parties on or before this date and shall be limited to 25 pages. | 03/24/2026 | 06/22/2026 |
| By this date the parties shall meet and confer to determine pre-trial deadlines, including, *inter alia*, exchange of exhibit lists, designations of and objections to deposition testimony, and exchange of demonstratives. | 04/15/2026 | 07/14/2026 |
| By this date the parties shall exchange a proposed jury charge and questions for the jury. By this date the parties will also exchange draft Motions in Limine to determine which may be agreed. | 04/22/2026 | 07/21/2026 |
| By this date the parties shall exchange any objections to the proposed jury charge, with supporting explanation and citation of controlling law. By this date the parties shall also submit to the Court their Motions in Limine. | 04/29/2026 | 07/28/2026 |
| By this date the parties will submit to the Court their Joint Pre-Trial Order, including the identification of issues to be tried, identification of witnesses, trial schedule provisions, and all other pertinent information. By this date the parties will also submit to the Court their oppositions to Motions in Limine. | 05/13/2026 | 08/11/2026 |

| Item | Previous Deadline | New Deadline |
|---|---|---|
| Final Pre-Trial Conference. The parties shall provide to the Court an agreed jury charge with supported objections of each party, and proposed questions for the jury, at the final Pre-Trial Conference. | 05/15/2026 | 08/14/2026 or at the Court's convenience |
| Jury Trial Commences | 06/15/2026 | 09/14/2026 or at the Court's convenience |

SIGNED this 19th day of November, 2025.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE