**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MIRA SAFETY LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 1:24-cv-01363 |
| | § | |
| BTG INTERNATIONAL, INC., | § | |
| | § | |
| *Defendant.* | § | |

**DEFENDANT BTG INTERNATIONAL, INC.'S RESPONSE TO PLAINTIFF MIRA SAFETY LLC'S MOTION FOR LEAVE TO AMEND**

Defendant BTG International, Inc. ("BTG") files its Response to Plaintiff MIRA Safety LLC's ("MIRA") Motion for Leave to Amend (the "Motion"). (ECF No. 42.)

Upon review of MIRA's proffered Second Amended Complaint (ECF No. 42-2), BTG does not oppose MIRA's Motion, but reserves all rights with respect to any forthcoming Rule 12 motions or any other permissible responses to the Second Amended Complaint, and recognizes that it is this Court's discretion whether to grant leave to MIRA to file its Second Amended Complaint.

Respectfully submitted,

JORDAN, LYNCH & CANCIENNE PLLC

*/s/ Joseph ("Jeb") W. Golinkin II*
Joseph ("Jeb") W. Golinkin II
Texas Bar No. 24087596
Michael Cancienne
Texas Bar No. 24055256
Shahnoor Khuwaja
State Bar No. 24132302
1980 Post Oak Blvd., Suite 2300

Houston, Texas 77056
Telephone: 713.955.4025
Facsimile: 713.955.9644
jgolinkin@jlcfirm.com
mcancienne@jlcfirm.com
skhuwaja@jlcfirm.com

**COUNSEL FOR DEFENDANT BTG INTERNATIONAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2026, the foregoing was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

John Di Giacomo
REVISION LEGAL
444 Case St. Ste D
Traverse City, MI 49684

*/s/ Joseph ("Jeb") W. Golinkin II*
Joseph ("Jeb") W. Golinkin II