**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MIRA SAFETY LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 1:24-CV-01363-DII |
| | § | |
| BTG INTERNATIONAL, INC., | § | |
| | § | |
| *Defendant.* | § | |

# JOINT STIPULATION AND PROPOSED ORDER

WHEREAS, Plaintiff MIRA Safety LLC intends to file a third amended complaint (the "Third Amended Complaint") to replace defendant SERB S.a.r.l. with SERB SA.

WHEREAS, MIRA and defendant BTG International Inc. ("BTG") agree that the Third Amended Complaint makes no substantive changes to MIRA's allegations in this lawsuit and is solely for the purpose of adding SERB SA as a defendant in this case and removing SERB S.a.r.l. as a defendant in this case.

Plaintiff MIRA and Defendant BTG (together, the "Parties") hereby **STIPULATE** and **AGREE** as follows:

1. BTG consents to MIRA filing its Third Amended Complaint to add SERB SA as a defendant in this case and to remove SERB S.a.r.l. as a defendant in this case.

2. Once joined and served, SERB SA shall have 30 days to respond to the Third Amended Complaint.

3. BTG's Partial Motion to Dismiss (ECF No. 51) shall remain pending and shall apply to MIRA's Third Amended Complaint.

Date: June 29, 2026

Respectfully submitted,

*/s/ John Di Giacomo*
John Di Giacomo
**Revision Legal**
444 Case St. Ste D
Traverse City, MI 49684
p: (231) 714-0100
f: (231) 714-0200
john@revisionlegal.com
***Attorney for Plaintiff MIRA Safety, LLC***

**STEVENS & LEE**

*/s/ Jason P. Rudloff*
Jason P. Rudloff *(admitted pro hac vice)*
1500 Market Street, East Tower
18th Floor
Philadelphia, PA 19102
(215) 751-2882
jason.rudloff@stevenslee.com

***Attorneys for Defendant BTG International, Inc.***

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MIRA SAFETY LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 1:24-CV-01363-DII |
| | § | |
| BTG INTERNATIONAL, INC., | § | |
| | § | |
| *Defendant.* | § | |

**ORDER**

The Court accepts the stipulation agreed to by plaintiff MIRA Safety LLC and defendant BTG International, Inc. and **ORDERS** as follows:

1. SERB SA shall have 30 days from the date it is served to respond to the Third Amended Complaint.

2. Defendant BTG International Inc.'s Partial Motion to Dismiss the Second Amended Complaint (ECF No. 51) shall remain pending and shall apply in full to MIRA's Third Amended Complaint.

SIGNED this _________day of ______________, 2026.

______________________________
ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE