**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| MIRA SAFETY LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO. 1:24-CV-01363-DII |
| | § | |
| BTG INTERNATIONAL, INC., | § | |
| | § | |
| *Defendant.* | § | |

**ORDER**

The Court accepts the stipulation agreed to by plaintiff MIRA Safety LLC and defendant BTG International, Inc. and **ORDERS** as follows:

1. SERB SA shall have 30 days from the date it is served to respond to the Third Amended Complaint.

2. Defendant BTG International Inc.'s Partial Motion to Dismiss the Second Amended Complaint (ECF No. 51) shall remain pending and shall apply in full to MIRA's Third Amended Complaint.

SIGNED 06/30/2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE