**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| MIRA SAFETY LLC,<br><br>Plaintiff,<br><br>v. | §<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:24-CV-01363-ADA |
| BTG INTERNATIONAL, INC., and<br>SERB SA,<br><br>Defendants. | §<br>§<br>§<br>§ | |

**STIPULATED JOINT PROPOSED AMENDED SCHEDULING ORDER**

Plaintiff MIRA Safety LLC ("MIRA"), Defendant BTG International, Inc. ("BTG"), and Defendant SERB SA (together with MIRA and BTG, the "Parties"), by and through their respective counsel, jointly stipulate and respectfully request that the Court enter this Stipulated Joint Proposed Amended Scheduling Order extending the remaining deadlines in this case by approximately ninety (90) days. In support of this request, the Parties state as follows:

WHEREAS, on June 10, 2026, the Court entered the Parties' Joint Proposed Amended Scheduling Order (ECF No. 56) setting the deadlines that currently govern this case;

WHEREAS, MIRA has filed a Third Amended Complaint to replace defendant SERB S.a.r.l. with SERB SA, thereby adding SERB SA as a new party to this action, and SERB SA will require additional time to appear, respond to the operative complaint, and participate in discovery;

WHEREAS, good cause exists to extend the current deadlines by approximately ninety (90) days in light of the addition of the new SERB party and the unavailability of the Parties;

WHEREAS, the Parties have been and continue to be diligently working on discovery, but have had difficulty scheduling depositions around the prior commitments of counsel, the parties, and the witnesses;

WHEREAS, this request is made in good faith and not for the purpose of delay, and no party will be prejudiced by the requested extension;

NOW, THEREFORE, the Parties hereby stipulate and jointly request, and pursuant to Fed. R. Civ. P. 16 the Court ORDERS, that the following schedule will govern the remaining deadlines in the above-captioned case:

| Item | Previous Deadline | New Deadline |
|---|---|---|
| Fact Discovery Deadline. Fact discovery must be completed by this date. Any fact discovery requests must be propounded so that the responses are due by this date. | 10/05/2026 | 01/04/2027 |
| Parties with burden of proof to designate Expert Witnesses and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). | 11/10/2026 | 02/08/2027 |
| Parties shall designate Rebuttal Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). | 12/10/2026 | 03/10/2027 |
| Expert Discovery Deadline. Expert discovery must be completed by this date. | 01/04/2027 | 04/05/2027 |
| All dispositive motions shall be filed and served on all other parties on or before this date and shall be limited to 25 pages. | 01/19/2027 | 04/19/2027 |
| By this date the parties shall meet and confer to determine pre-trial deadlines, including, inter alia, exchange of exhibit lists, designations of and objections to deposition testimony, and exchange of demonstratives. | 02/09/2027 | 05/10/2027 |
| By this date the parties shall exchange a proposed jury charge and questions for the jury. By this date the parties will also exchange draft Motions in Limine to determine which may be agreed. | 02/16/2027 | 05/17/2027 |
| By this date the parties shall exchange any objections to the proposed jury charge, with supporting explanation and citation of controlling law. By this date the parties shall also submit to the Court their Motions in Limine. | 02/23/2027 | 05/24/2027 |
| By this date the parties will submit to the Court their Joint Pre-Trial Order, including the identification of issues to be tried, identification of witnesses, trial | 03/09/2027 | 06/07/2027 |

| Item | Previous Deadline | New Deadline |
|---|---|---|
| schedule provisions, and all other pertinent information. By this date the parties will also submit to the Court their oppositions to Motions in Limine. | | |
| Final Pre-Trial Conference. The parties shall provide to the Court an agreed jury charge with supported objections of each party, and proposed questions for the jury, at the final Pre-Trial Conference. | 03/12/2027 | 06/10/2027 or at the Court's convenience |

IT IS SO ORDERED.

SIGNED this ______ day of ____________________, 2026.

______________________________

ALAN D. ALBRIGHT
UNITED STATES DISTRICT JUDGE

**AGREED AND STIPULATED AS TO FORM AND SUBSTANCE:**

Dated: July 31, 2026

Respectfully submitted,
/s/ John Di Giacomo
John Di Giacomo
REVISION LEGAL
444 Cass St. Ste D
Traverse City, MI 49684
p: (231) 714-0100
f: (231) 714-0200
john@revisionlegal.com

Attorney for Plaintiff MIRA Safety, LLC

STEVENS & LEE
/s/ Jason P. Rudloff
Jason P. Rudloff (admitted pro hac vice)
1500 Market Street, East Tower
18th Floor
Philadelphia, PA 19102
(215) 751-2882
jason.rudloff@stevenslee.com

Attorneys for Defendant BTG International, Inc.

STEVENS & LEE
/s/ Jason P. Rudloff
Jason P. Rudloff (admitted pro hac vice)
1500 Market Street, East Tower
18th Floor
Philadelphia, PA 19102
(215) 751-2882
jason.rudloff@stevenslee.com

Attorneys for Defendant SERB SA