**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

MIRA SAFETY LLC,

Plaintiff/Counter-Defendant,

v.

CASE NO. 1:24-CV-01363-ADA

BTG INTERNATIONAL, INC., and
SERB SA,

Defendants/Counter-Plaintiffs,

v.
ROMAN ZRAZHEVSKIY and
TANYA MIRONOVA,
Counter-Defendants.

---

**SECOND STIPULATED JOINT PROPOSED AMENDED SCHEDULING ORDER**

Plaintiff/Counter-Defendant MIRA Safety LLC ("MIRA"), Defendant/Counter-Plaintiff BTG International, Inc. ("BTG"), Defendant/Counter-Plaintiff SERB SA ("SERB"), and Counter-Defendants Roman Zrazhevskiy and Tanya Mironova (together with MIRA, BTG, and SERB, the "Parties"), by and through their respective counsel, jointly stipulate and respectfully request that the Court enter this Second Stipulated Joint Proposed Amended Scheduling Order extending the fact discovery deadline to May 31, 2027, and extending each remaining deadline in this case by the same interval of twenty-one (21) weeks. In support of this request, the Parties state as follows:

WHEREAS, the Court entered the Parties' Stipulated Joint Proposed Amended Scheduling Order (ECF No. 66), which sets the deadlines that currently govern this case;

WHEREAS, on October 15, 2026, BTG and SERB filed their Answer to MIRA's Third Amended Complaint together with six counterclaims, which name as counterclaim defendants MIRA and two individuals who were not previously parties to this action, Roman Zrazhevskiy and Tanya Mironova (ECF No. 72);

WHEREAS, the counterclaims put at issue subjects that prior discovery did not substantially address, and the Parties require additional time to complete written discovery and depositions on the claims and counterclaims;

WHEREAS, motions bearing on the scope of discovery remain pending, and under the Order Regarding Case Administration in the Austin Division entered September 2, 2026 (ECF No. 70), "all deadlines, scheduling orders, and obligations previously established in this matter shall remain in full force and effect pending reassignment";

WHEREAS, the Parties have been and continue to be diligently working on discovery, this request is made in good faith and not for the purpose of delay, and no party will be prejudiced by the requested extension;

NOW, THEREFORE, the Parties hereby stipulate and jointly request, and pursuant to Fed. R. Civ. P. 16 the Court ORDERS, that the following schedule will govern the remaining deadlines in the above-captioned case:

| Item | Previous Deadline | New Deadline |
|---|---|---|
| Fact Discovery Deadline. Fact discovery must be completed by this date. Any fact discovery requests must be propounded so that the responses are due by this date. | 01/04/2027 | 06/01/2027 |
| Parties with burden of proof to designate Expert Witnesses and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). | 02/08/2027 | 07/06/2027 |
| Parties shall designate Rebuttal Expert Witnesses on issues for which the parties do not bear the burden of proof, and provide their expert witness reports, to include all information required by Rule 26(a)(2)(B). | 03/10/2027 | 08/04/2027 |
| Expert Discovery Deadline. Expert discovery must be completed by this date. | 04/05/2027 | 08/30/2027 |
| All dispositive motions shall be filed and served on all other parties on or before this date and shall be limited to 25 pages. | 04/19/2027 | 09/13/2027 |

| Item | Previous Deadline | New Deadline |
|---|---|---|
| By this date the parties shall meet and confer to determine pre-trial deadlines, including, inter alia, exchange of exhibit lists, designations of and objections to deposition testimony, and exchange of demonstratives. | 05/10/2027 | 10/04/2027 |
| By this date the parties shall exchange a proposed jury charge and questions for the jury. By this date the parties will also exchange draft Motions in Limine to determine which may be agreed. | 05/17/2027 | 10/12/2027 |
| By this date the parties shall exchange any objections to the proposed jury charge, with supporting explanation and citation of controlling law. By this date the parties shall also submit to the Court their Motions in Limine. | 05/24/2027 | 10/18/2027 |
| By this date the parties will submit to the Court their Joint Pre-Trial Order, including the identification of issues to be tried, identification of witnesses, trial schedule provisions, and all other pertinent information. By this date the parties will also submit to the Court their oppositions to Motions in Limine. | 06/07/2027 | 11/01/2027 |
| Final Pre-Trial Conference. The parties shall provide to the Court an agreed jury charge with supported objections of each party, and proposed questions for the jury, at the final Pre-Trial Conference. | 06/10/2027 | 11/04/2027 or at the Court's convenience |

All other provisions of the Court's prior scheduling orders not modified by this Order remain in effect. This Order does not waive any Party's claims, defenses, objections, or motions, including any challenge to the counterclaims asserted in ECF No. 72.

IT IS SO ORDERED.

SIGNED this ______ day of ____________________, 2026.

______________________________________
UNITED STATES DISTRICT JUDGE

**AGREED AND STIPULATED AS TO FORM AND SUBSTANCE:**

Dated: November 10, 2026

Respectfully submitted,
/s/ John Di Giacomo
John Di Giacomo
REVISION LEGAL
444 Cass St. Ste D
Traverse City, MI 49684
p: (231) 714-0100
f: (231) 714-0200
john@revisionlegal.com

Attorney for Plaintiff/Counter-Defendant MIRA Safety, LLC and Counter-Defendants Roman Zrazhevskiy and Tanya Mironova

STEVENS & LEE
/s/ Jason P. Rudloff
Jason P. Rudloff (admitted pro hac vice)
1500 Market Street, East Tower
18th Floor
Philadelphia, PA 19102
(215) 751-2882
jason.rudloff@stevenslee.com

Attorneys for Defendant/Counter-Plaintiff BTG International, Inc.

STEVENS & LEE
/s/ Jason P. Rudloff
Jason P. Rudloff (admitted pro hac vice)
1500 Market Street, East Tower
18th Floor
Philadelphia, PA 19102
(215) 751-2882
jason.rudloff@stevenslee.com

Attorneys for Defendant/Counter-Plaintiff SERB SA